7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Scott Randall Peters
*Debtor*

*Bankruptcy Case No.*
13–30628–can7

**Norman Rouse**
 Plaintiff(s)

*Adversary Case No.*
14–03006–can

v.

**Scott Randall Peters**
 Defendant(s)

## JUDGMENT

   The issues of this proceeding having been duly considered by the Honorable Cynthia A. Norton , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: that the Defendant's discharge is denied pursuant to 11 U.S.C. Section 727(a). The clerk of the Bankruptcy Court is ordered to notify all parties of interest of the denial of the Defendant's discharge



Ann Thompson
Court Executive

By: /s/ Jamie McAdams
    Deputy Clerk

Date of issuance: 9/8/14

Court to serve